O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL HAMPTON,<br><br>               Petitioner,<br><br>    v.<br><br>MACOMBER,<br><br>               Respondent. | NO. CV 14-6719-DDP (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: September 11, 2014.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE